UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NICCOLSON,<br><br>  Plaintiff<br><br>v.<br><br>HOA COLLECTIONS, LLC,<br><br>  Defendant | Case No.: 2:21-cv-00591-APG-BNW<br><br>**Order for Proposed Joint Pretrial Order** |

The proposed joint pretrial order is overdue. ECF No. 8. The parties shall file a proposed joint pretrial order by March 1, 2022. Failure to do so may result in sanctions, including case dispositive sanctions.

I THEREFORE ORDER that the proposed joint pretrial order is due by February 16, 2022.

DATED this 31st day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE