Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: (702) 471-6777
Facsimile: (702) 531-6777
Email: gmiles@royalmileslaw.com
*Attorney for Defendant*
*HOA COLLECTIONS LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT NICCOLSON, an individual, on behalf of himself and those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>HOA COLLECTIONS LLC, and JOHN DOES.<br>          Defendants. | Case No: 2:21-cv-00591-APG-BNW |

**STIPULATION AND ORDER OF DISMISSAL**

By reason of the settlement of Plaintiff's claims, it is hereby stipulated between Plaintiff

Robert Niccolson, by and through his counsel of record, Gesund & Pailet LLC, and Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOA Collections LLC, by and through its counsel of record, Royal & Miles LLP, that Plaintiff's claims on file herein be dismissed, with prejudice, each party to bear its own attorney fees and costs.

DATED this 1st day of February, 2022,    DATED this 1st day of February, 2022,

**ROYAL & MILES LLP**                    **GESUND & PAILET LLC**

 /s/ Gregory A. Miles                     /s/ Keren A. Gesund
_____              _____
Gregory A. Miles, Esq.                   Keren A. Gesund, Esq.
Nevada Bar No. 4336                      Nevada Bar No. 10881
1522 W Warm Springs Road                 5550 Painted Mirage Road, Suite 320
Henderson, NV 89014                      Las Vegas, NV 89149
*Attorney for Defendant*                 *Attorney for Plaintiff*

**ORDER**

By reason of the Stipulation of the parties, it is hereby ORDERED that this case be DISMISSED, WITH PREJUDICE, each party to bear its own attorney fees and costs.

DATED this   2nd   day of February, 2022,

_____
UNITED STATES DISTRICT COURT JUDGE